IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA

| | | |
|---|---|---|
| **KIMBERLY HAWKES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **Docket Number: 1:20-CV-00127-CLC-SKL** |
| | ) | **Jury Demanded** |
| **CHATTANOOGA CHOO CHOO** | ) | |
| **d/b/a CHOO CHOO PARTNERS, L.P.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED ORDER OF COMPROMISE, SETTLEMENT AND DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters and things in controversy which were or could have been raised by and between them in connection with the above styled and numbered cause of action have been completely compromised and settled, and that Plaintiff desires to dismiss her Complaint and all claims against the Defendant **with prejudice**.

Counsel for Plaintiff, by virtue of signature below, has verified Plaintiff's compliance with Tenn. Code Ann. §71-5-117 (g) and as an officer of the Court confirms there are no known TennCare subrogation claims of the State of Tennessee or any entity acting pursuant to Tenn. Code Ann. §71-5-117 (f) that remain unaddressed in this action, i.e. TennCare liens. Counsel for the Plaintiffs, by virtue of signature below, verifies that there is a Hospital Lien of record pursuant to Tenn. Code Ann.§ 29-22-101, et seq., which shall be satisfied prior to disbursement of the settlement proceeds.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

1. Any and all claims of the Plaintiff against the Defendant, which were or could have been raised in this action, including the claims contained in the Complaint, be and the same are hereby, dismissed **with prejudice**;
2. Court costs shall be paid by the Defendants, c/o Law Office of Gary R. Wilkinson, 51 Century Blvd., Suite 300, Nashville, TN 37214, for which execution may issue if necessary;
3. The parties shall bear their own respective discretionary costs and attorneys fees; and
4. Plaintiff shall be responsible for payment or satisfaction of any and all liens, subrogation claims or interests, med-pay liens and health insurance liens, claims or interests from or by whatever person or entity.

**ENTER:**

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY BY:

**LAW OFFICE OF GARY R. WILKINSON**

/s/ Kathryn Russell Wunderlich

______________________________

**Kathryn Russell Wunderlich,** BPRN 023994
Attorney for Defendant Choo Choo Partners, L.P.
51 Century Blvd., Suite 300
Nashville, TN 37214-3687
Office: (615) 873-2777 | Direct: (423) 457-4621
Fax: 855-398-3373
wundek1@nationwide.com

**MORGAN & MORGAN**

/s/ R. Burke Keaty, II

______________________________

R. Burke Keaty, II BPRN 027342
Attorney for Plaintiff Kimberly Hawkes
Morgan & Morgan – Nashville, PLLC
810 Broadway, Suite 105
Nashville, TN 37203